UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARLEY CASTRO, et al., | |
|---|---|
| Plaintiffs, | Case No. 15-cv-01947-DMR |
| v. | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| ABM INDUSTRIES, INC., et al., | |
| Defendants. | Re: Dkt. No. 1 |

On April 29, 2015, this action was removed from state court. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Gonzalez Rogers to determine whether it is related to *Castro v. ABM Industries Incorporated, et al.*, 14-cv-5359-YGR.

**IT IS SO ORDERED.**

Dated: May 7, 2015

Donna M. Ryu
United States Magistrate Judge